FILED: October 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4352
(3:22-cr-00073-TLW-1)

_____

UNITED STATES OF AMERICA

　　　Plaintiff - Appellee

v.

MAGGIE ANNE BOLER

　　　Defendant - Appellant

_____

O R D E R

_____

The court amends its opinion filed August 23, 2024, as follows:

In the first line of page 13, the word "cannons" is replaced with "canons."

For the Court

/s/ Nwamaka Anowi, Clerk